AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America,<br>*Plaintiff*<br>v.<br>Clyde Pennington,<br>*Defendant* | )<br>)<br>)  Civil Action No.   6:15-cv-02008-MGL<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff United States of America, recover from the defendant Clyde Pennington, the amount of Ninety-six thousand, one hundred and twenty-one dollars and 07/100 ($96,121.07), along with costs $67.17 for a total of Ninety-six thousand, one hundred and eighty-eight dollars and 24/100 ($96,188.24).

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.
❏ other:

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis.


Date:   July 13, 2015                                    ROBIN L. BLUME, CLERK OF COURT


                                                          s/Ashley Buckingham
                                                          *Signature of Clerk or Deputy Clerk*