AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   6:15-cv-02008-MGL |
| Clyde Pennington, | ) | |
| *Defendant* | ) | |

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff United States of America, recover from the defendant Clyde Pennington, the amount of Ninety-six thousand, one hundred and twenty-one dollars and 07/100 ($96,121.07), along with costs $67.17 for a total of Ninety-six thousand, one hundred and eighty-eight dollars and 24/100 ($96,188.24), with post judgment interest at the rate of .25%.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❏ other:

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis.


Date:   August 6, 2015                                             ROBIN L. BLUME, CLERK OF COURT


                                                                   s/Ashley Buckingham
                                                                   *Signature of Clerk or Deputy Clerk*